# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

AMY HARDEN,

      Plaintiff,

  v.

KAY AND ASSOCIATES INC.,

      Defendant.

Case No. 1:24-cv-01173-JLT-SAB

ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

(ECF No. 13)

Before the Court is a stipulation from the parties seeking to continue the dispositive motion deadline, which they state is currently set for January 20, 2026. In support, the parties have indicated that they have agreed to mediation and have set a mediation date of January 20, 2026. Thus, the parties wish to continue the dispositive motion deadline in order to facilitate a potential settlement. However, upon review of the scheduling order, it appears that the dispositive motion deadline is actually set for March 2, 2026. (ECF No. 12.) Therefore, the Court DENIES the parties' request as MOOT.

IT IS SO ORDERED.

Dated:  __**January 16, 2026**__                       

                    STANLEY A. BOONE
                    United States Magistrate Judge